804 A.2d 1209

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Bret Jason SHELPMAN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 13, 2002.

***ORDER***

PER CURIAM.

AND NOW, this 13th day of August, 2002, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the Superior Court's conclusion that Petitioner's ineffectiveness claim was not cognizable under the PCRA, the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for consideration of the merits of Petitioner's ineffective

assistance claim. *See Commonwealth ex rel. Dadario v. Goldberg,* 565 Pa. 280, 773 A.2d 126 (2001).